UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

      v.                                        Civil No. 10-cv-582-LM

<u>$27,666 U.S. Currency</u>


O R D E R

On today's date, a status conference occurred via telephone.
Attorney Robert J. Rabuck appeared for plaintiff, and Attorney
Charles A. Bookman appeared for claimant Adalberto Medina.

Consistent with matters discussed during the telephone
conference, the parties will file on or before February 21,
2013, a joint request to continue the discovery schedule and
trial in this case.  Attorney Bookman is awaiting the return of
documents that the state seized from his client during his
client's arrest in the related state criminal prosecution.
Attorney Bookman needs to review those documents in order to
respond fully to pending discovery requests from the government
in this case.  Both parties are in agreement that a brief (three
month) continuance is necessary.

Based upon counsels' representations during this telephone
conference, the court will favorably entertain a joint motion to

continue trial in this matter to the two-week period beginning
September 16, 2013.

    SO ORDERED.

                          _____
                          Landya B. McCafferty
                          United States Magistrate Judge

February 14, 2013

cc:  Charles A. Bookman, Esq.
     Robert J. Rabuck, Esq.